# 7751

## No. 7 7 5 1.

**W. H. Hodges.**

—vs—

**F. Nabos.**

By Dinkelspiel, J.

Appellee, Nabos, has made a motion in t..is case to dismiss the appeal which is denied because same has not been filed within the time required by law and under Rule 9 of this Court This appeal was filed on the 29th, of September, 1919, and motion to dismiss was filed on February 10th. 1920, therefore the motion to dismiss is denied.